UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MISSIONARY G. A. BREEDLOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ATLANTA and LAND BANK AUTHORITY,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-05277-JPB |

## ORDER

This matter comes before the Court on an omnibus motion filed by Defendant City of Atlanta (the "City"), which seeks various relief, including dismissal of Plaintiff Missionary G. A. Breedlove's ("Breedlove") Complaint. ECF No. 6. However, the accompanying Certificate of Service indicates that Breedlove may not have received notice of the City's motion. Breedlove is proceeding *pro se* and therefore does not have access to the CM/ECF system, which provides electronic notice of filings to parties. Yet, the Certificate of Service states only that the City filed the motion "with the Clerk of Court using the CM/ECF system[,] which will automatically send email notification of such filing to Plaintiff." The Certificate of Service does not state that notice of the motion was mailed to Breedlove.

Accordingly, the City is **DIRECTED** either to submit proof of previous proper service of its motion on Breedlove or to serve Breedlove pursuant to Federal Rule of Civil Procedure 5(b) within seven days of the date of this Order.

The Clerk is **DIRECTED** to resubmit the City's motion (ECF No. 6) at the expiration of seven days.

**SO ORDERED** this 30th day of April, 2021.

_____
J. P. BOULEE
United States District Judge